**Opinion filed November 6, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00027-CV

_____

## DDP-FRISCO I, LLC AND DR. GEORGE LOHMANN, Appellants

## V.

## MAIN/TEEL SC, LTD., Appellee

**On Appeal from the 393rd District Court**
**Denton County, Texas**
**Trial Court Cause No. 2013-60444-393**

### M E M O R A N D U M   O P I N I O N

Appellants, DDP-Frisco I, LLC and Dr. George Lohmann, have filed in this court a motion for nonsuit and dismissal of appeal. Appellants ask this court to dismiss the appeal that they previously filed in this court. Therefore, in accordance with Appellants' request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.


November 6, 2014                                           PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.